# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 31, 2015

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein,
Justices

149640

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

DONJUARELL A. YOWELL,
        Defendant-Appellant.

SC: 149640
COA: 320899
Wayne CC: 75-007764-FC

_____/

On order of the Court, the application for leave to appeal the June 3, 2014 order of the Court of Appeals is considered, and it is DENIED, because the defendant's motion for relief from judgment is prohibited by MCR 6.502(G).



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 31, 2015



Clerk

d0323